UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN HENRY,

      Plaintiff,

vs.                                    CASE NO.:6:10-CV-1338-ORL-22-GJK

UNITED STATES OF AMERICA,

      Defendant.
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, **SUSAN HENRY**, sues Defendant, **UNITED STATES OF AMERICA**, and alleges:

1. This action arises under The Federal Tort Claims Act, Title 28 U.S.C. §§1346(b), 2401(b), 2671, et. seq. This Court is vested with jurisdiction pursuant to Title 28 U.S.C. §1346(b).

2. At all times material hereto, Plaintiff, **SUSAN HENRY**, is a resident of Oviedo, Seminole County, Florida.

3. At all times material hereto, Defendant, **UNITED STATES OF AMERICA**, pursuant to the Federal Torts Claims Act, was and is the proper party in this action.

4. All conditions precedent to the filing of this action have been performed including, but not limited to, the filing of a notice of claim as required under Title 28 U.S.C. §2675(a) and Title 28 U.S.C. §2401(b)

which have been forwarded to the Defendant herein. Specifically, Plaintiff, **SUSAN HENRY**, timely presented a Federal Tort Claims Act administrative claim to the Department of Homeland Security. A copy of the completed Standard Form 95 is attached hereto as Exhibit "A."

5. The Department of Homeland Security denied Plaintiff, **SUSAN HENRY's** administrative claim. A copy of said denial letter is attached as Exhibit "B."

6. The incident, which is the basis of this action, occurred in Oviedo, Seminole County, Florida, which is located within the jurisdiction of this Court.

7. On or about March 19, 2008, Plaintiff, **SUSAN HENRY** was operating a vehicle on the ramp of State Road 417 in Oviedo, Seminole County, Florida when Defendant's employee, Irene M. Holth, negligently maintained, controlled, and/or operated a motor vehicle that was owned by Defendant, **UNITED STATES OF AMERICA**, so that it collided with Plaintiff, **SUSAN HENRY's** vehicle.

8. At all times material hereto, the Defendant, **UNITED STATES OF AMERICA**, employed Irene M. Holth, who was acting within the course and scope of her employment with the Defendant, **UNITED STATES OF AMERICA**.

9. At all times material hereto, and at the time and place of said accident, Irene M. Holth, operated the above-mentioned vehicle with the implied,

express, or written permission of the Defendant, **UNITED STATES OF AMERICA**.

10. At all times material hereto, as the owner of the motor vehicle negligently operated as alleged herein and as the employer of Irene M. Holth, the Defendant, **UNITED STATES OF AMERICA**, is vicariously liable for the actions of its employee, Irene M. Holth.

11. Irene M. Holth's negligence was the sole proximate cause of the collision that is the subject of these proceedings and such negligence is imputed to the Defendant, **UNITED STATES OF AMERICA**, her employer at said time and place, by virtue of, but not limited to the provisions of Title 28 U.S.C. §§ 2674 and 2679.

12. As a result of Irene M. Holth's negligence, Plaintiff, **SUSAN HENRY**, was injured and suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing treatment, loss of earnings, loss of ability to earn money and aggravation of a previous existing condition. The injury to Plaintiff, **SUSAN HENRY**, individually is permanent and will continue to suffer the losses in the future.

**WHEREFORE**, Plaintiff, **SUSAN HENRY**, demands judgment against Defendant, **UNITED STATES OF AMERICA** in the amount of $254,800.00, plus costs and for such further relief as this Court deem just and proper.

**Respectfully submitted** this 3rd day of September 2010.

*/s/ Mitzi Archer*

**Mitzi Archer**
Florida Bar No: 0573604
Attorney for Susan Henry
The Sherris Law Firm, P.A.
121 South Orange Avenue, Suite 1270
Orlando, Florida 32801
(407) 999-9955 phone
(407) 999-9495 fax
marcher@sherrislawfirm.com